**DEFAULT O/E JAD**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Janet C. Flaherty,

                       Debtor.

-------------------------------------------------------

Carmen J. Polaritz,

                       Movant,

v.

Janet C. Flaherty, Debtor, and Ronda J.
Winnecour, Trustee,

                       Respondents.

Bankruptcy Case No. 16-22227-JAD

Chapter No. 13

Doc. # 179

FILED
12/29/21 2:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this ___29th___ day of _____December_____, 2021, it is hereby

ORDERED, ADJUDGED and DECREED that the Motion for Relief from the Automatic Stay is

granted; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Movant, Carmen J.

Polaritz, is hereby granted relief from the Automatic Stay so that the Movant may proceed with

the quiet title/reformation action pending at No. GD-21-008614 in the Court of Common Pleas of

Allegheny County, Pennsylvania to allow the Judge in the Court of Common Pleas to reform the

legal description of the Property, located at 334 and 336 North Balph Avenue, Pittsburgh, PA, in

the Deeds in the chain of title therefor and to confirm the Movant's full fee simple ownership

interest in the aforesaid Property and to clear the cloud upon the Movant's title to the said Property; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is permitted to immediately proceed with the above-referenced quiet title/reformation action pending at No. GD-21-008614 in the Court of Common Pleas of Allegheny County, Pennsylvania, and seek all other relief available under any non-bankruptcy law with respect to the aforementioned Property;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the above-captioned bankruptcy case and these bankruptcy proceedings and any discharge received by Debtor in this bankruptcy case shall not affect the Movant's title to the aforementioned Property and/or the outcome of the above-referenced quiet title/reformation action pending at No. GD-21-008614 in the Court of Common Pleas of Allegheny County, Pennsylvania.

BY THE COURT:

jsf

United States Bankruptcy Judge
Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                               Case No. 16-22227-JAD

Janet C. Flaherty                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: mgut                                        Page 1 of 2

Date Rcvd: Dec 29, 2021                       Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

**Recip ID                    Recipient Name and Address**
db                    +      Janet C. Flaherty, 534 Seavey Road, Pittsburgh, PA 15209-1840

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2021                              Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:**

**Name**                          **Email Address**

Bradley A. King
                              on behalf of Interested Party Carmen J Polaritz bking@kingguiddylaw.com

Brian Nicholas
                              on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS
                              Title Trust XII bnicholas@kmllawgroup.com

James P. Valecko
                              on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jvalecko@weltman.com  PitEcf@weltman.com

Jeffrey R. Hunt
                              on behalf of Creditor Township of Shaler jhunt@grblaw.com

Jeffrey R. Hunt
                              on behalf of Creditor Allegheny County jhunt@grblaw.com

Maria Miksich

District/off: 0315-2                              User: mgut                                        Page 2 of 2
Date Rcvd: Dec 29, 2021                           Form ID: pdf900                                   Total Noticed: 1

on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST mmiksich@kmllawgroup.com

Michael C. Eisen

on behalf of Debtor Janet C. Flaherty attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft

on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Sarah Kathleen McCaffery

on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST  BY CALIBER HOME LOANS, INC
bankruptcy@powerskirn.com

Sindi Mncina

on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST smncina@rascrane.com

Thomas Song

on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST  et.al. pawb@fedphe.com

Thomas Song

on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST  BY CALIBER HOME LOANS, INC pawb@fedphe.com


TOTAL: 15