**Form 143**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Janet C. Flaherty**
   Debtor(s)

Bankruptcy Case No.: 16–22227–JAD

Chapter: 13
Docket No.: 191 – 190

### NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

      Sarah K. McCaffery, Esq. has been removed as attorney from this case and will not receive any future notifications.

      The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: January 19, 2022

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                              Case No. 16-22227-JAD

Janet C. Flaherty                                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                   User: auto                                                Page 1 of 2
Date Rcvd: Jan 19, 2022                         Form ID: 143                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Sarah Kathleen McCaffery, Powers Kirn, LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2022                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2022 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| Bradley A. King | |
| | on behalf of Interested Party Carmen J Polaritz bking@kingguiddylaw.com |
| Brian Nicholas | |
| | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust XII bnicholas@kmllawgroup.com |
| James P. Valecko | |
| | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jvalecko@weltman.com  PitEcf@weltman.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Township of Shaler jhunt@grblaw.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Allegheny County jhunt@grblaw.com |
| Maria Miksich | |

District/off: 0315-2                                      User: auto                                      Page 2 of 2
Date Rcvd: Jan 19, 2022                           Form ID: 143                                  Total Noticed: 1

on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST mmiksich@kmllawgroup.com

Michael C. Eisen
     on behalf of Debtor Janet C. Flaherty attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
     on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

S. James Wallace
     on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Sarah Kathleen McCaffery
     on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST  BY CALIBER HOME LOANS, INC
bankruptcy@powerskirn.com

Sindi Mncina
     on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST smncina@rascrane.com

Thomas Song
     on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST  et.al. pawb@fedphe.com

Thomas Song
     on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST  BY CALIBER HOME LOANS, INC pawb@fedphe.com


TOTAL: 15