IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/6/22 9:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | ) | |
| JANET C. FLAHERTY | ) | |
| | ) | Case No.:16-22227-JAD |
| | ) | |
| Debtor(s) | ) | Chapter 13 |
| | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| Movant, | ) | Related Document No.: 198 |
| Vs. | ) | |
| | ) | Doc. # 203 |
| JANET C. FLAHERTY | ) | |
| | ) | |
| Respondent(s) | ) | |

TRUSTEE'S WITHDRAWAL OF CERTIFICATE OF DEFAULT
REQUESTING DISMISSAL OF CASE

The Certificate of Default that was filed in the above-referenced case on October 11, 2022 (document no. 198) is hereby WITHDRAWN. Therefore the hearing scheduled for December 15, 2022 is hereby CANCELLED.

Respectfully submitted,

12-5-2022
Date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED this 6th day of December 2022

jsf

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22227-JAD |
| Janet C. Flaherty | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 06, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Janet C. Flaherty, 534 Seavey Road, Pittsburgh, PA 15209-1840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2022            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley A. King | on behalf of Interested Party Carmen J Polaritz bking@kingguiddylaw.com |
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing  Inc., et al. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust XII bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-C bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 06, 2022 | Form ID: pdf900 | Total Noticed: 1 |

James P. Valecko
 on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jvalecko@weltman.com  PitEcf@weltman.com

Jeffrey R. Hunt
 on behalf of Creditor Township of Shaler jhunt@grblaw.com

Jeffrey R. Hunt
 on behalf of Creditor Allegheny County jhunt@grblaw.com

Michael C. Eisen
 on behalf of Debtor Janet C. Flaherty attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
 on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
 ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

S. James Wallace
 on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Sindi Mncina
 on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST smncina@rascrane.com

Thomas Song
 on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST  BY CALIBER HOME LOANS, INC pawb@fedphe.com

Thomas Song
 on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST  et.al. pawb@fedphe.com

TOTAL: 16