UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  JANET C. FLAHERTY

    Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
    vs.
  JANET C. FLAHERTY

    Respondents

Case No. 16-22227JAD

Chapter 13

Document No. 207

FILED
7/17/23 11:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 17th day of July, 2023, it is hereby ORDERED, ADJUDGED, and DECREED that,

Verland Foundation Inc
Attn: Payroll Manager
212 Iris Rd
Sewickley, PA 15143

is hereby ordered to immediately terminate the attachment of the wages of JANET C. FLAHERTY, social security number XXX-XX-1247. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JANET C. FLAHERTY.

BY THE COURT:

_____
jsf
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22227-JAD |
| Janet C. Flaherty | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 17, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Janet C. Flaherty, 534 Seavey Road, Pittsburgh, PA 15209-1840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley A. King | on behalf of Interested Party Carmen J Polaritz bking@kingguiddylaw.com |
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing Inc., et al. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor UMB Bank National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust XII bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-C bnicholas@kmllawgroup.com |
| James P. Valecko | |

on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jvalecko@weltman.com PitEcf@weltman.com

Jeffrey R. Hunt
on behalf of Creditor Township of Shaler jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Allegheny County jhunt@grblaw.com

Michael C. Eisen
on behalf of Debtor Janet C. Flaherty attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Sindi Mncina
on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST smncina@rascrane.com

Thomas Song
on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST BY CALIBER HOME LOANS, INC pawb@fedphe.com

Thomas Song
on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST et.al. pawb@fedphe.com

TOTAL: 16