Fill in this information to identify the case.

| | |
|---|---|
| Debtor 1 | Janet C. Flaherty |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the : <u>WESTERN</u> District of <u>Pennsylvania</u>
(State)

Case number 16-22227-JAD

# Form 4100R
# Response to Notice of Final Cure

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-C

**Court claim no.** (if known): 9-2

**Last 4 digits** of any number you use to identify the debtor's account: 8958

**Property address:** 534 SEAVEY RD ,
Number    Street

PITTSBURGH, PA 15209
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

### Part 3: Postpetition Mortgage

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    12/4/2023
MM/DD/YYYY

[ ] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $_____

b. Total fees, charges, expenses, escrow and costs outstanding:    + (b) $_____

c. Total. Add lines a and b.    (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
MM/ DD/ YYYY

---

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

Debtor 1    Janet C. Flaherty
            First Name   Middle Name   Last Name                 Case number (if known)   16-22227-JAD

| Part 4: | Itemized Payment History |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

| Part 5: | Sign Here |

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ]  I am the creditor.
[X]  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/ Can Guner                                    Date  November 17, 2023
    Signature

Print    Can Guner                                   Title  Authorized Agent
         First Name   Middle Name   Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   130 Clinton Rd #202
          Number          Street

          Fairfield, NJ 07004
          City            State          ZIP Code

Contact   470-321-7112                              Email  cguner@raslg.com

Form 4100R                  **Response to Notice of Final Cure Payment**                  page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on   November 20, 2023                I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:


Janet C. Flaherty
534 Seavey Road
Pittsburgh, PA 15209

And via electronic mail to:

Michael C. Eisen
M. Eisen and Associates PC
404 McKnight Park Drive
Pittsburgh, PA 15237

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ Jessica Norton

Email: jnorton@raslg.com