**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Janet C. Flaherty<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1247<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:    16–22227–JAD

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Janet C. Flaherty

12/12/23                                                                                 **By the court:** Jeffery A. Deller
                                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-22227-JAD

Janet C. Flaherty     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Dec 12, 2023     Form ID: 3180W     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet C. Flaherty, 534 Seavey Road, Pittsburgh, PA 15209-1840 |
| sp | + | Anthony J. Erlain, Anthony J. Erlain, Esq. & Associates, LL, 2885 Wildwood Road Extension, Allison Park, PA 15101-2418 |
| sp | + | Barbara E. Holmes, Blaufeld Schiller & Holmes LLP, 800 Penn Avenue, Suite 700, Pittsburgh, PA 15222-3615 |
| sp | + | Blaufeld, Schiller & Holmes, LLP, 800 Penn Ave., Ste. 700, Pittsburgh, PA 15222-3615 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| cr | + | Township of Shaler, 300 Wetzel Road, Glenshaw, PA 15116-2281 |
| 14258785 | + | Credit Protection Association, PO Box 802068, Dallas, TX 75380-2068 |
| 14246581 | + | Keri P. Ebeck, Esq., Weltman, Weinberg & Reis Co. LPA, 436 7th Ave, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14258790 | + | PA Municipal Service, 336 Delaware Ave, Dept L, Oakmont, PA 15139-2138 |
| 15499012 | | Select Portfolio Servicing, Inc., et al., P.O. Bo x 65250, Salt Lake City, UT 84165 |
| 14258791 | + | Township of Shaler, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 13 2023 04:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2023 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 13 2023 04:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2023 00:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 13 2023 00:10:00 | LSF8 MASTER PARTICIPATION TRUST, BY CALIBER HOME L, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 13 2023 00:10:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 13 2023 00:10:00 | Select Portfolio Servicing, Inc., et al., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14258786 | | Email/Text: kburkley@bernsteinlaw.com | Dec 13 2023 00:10:00 | Duquesne Light, Customer Care Department, 411 Seventh Ave, MD 6-1, Pittsburgh, PA 15230 |
| 14246579 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 13 2023 00:10:00 | Caliber Home Loans, PO Box 24610, Oklahoma |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | City, OK 73124-0610 |
| 14277192 | + | Email/Text: ebnjts@grblaw.com | Dec 13 2023 00:09:00 | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14312681 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 13 2023 00:10:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 15377442 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 13 2023 00:10:00 | LSF8 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14246582 | + | EDI: NAVIENTFKASMSERV.COM | Dec 13 2023 04:56:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14270244 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 13 2023 00:09:00 | Navient Solutions, Inc. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14319174 | + | Email/Text: ebnpeoples@grblaw.com | Dec 13 2023 00:09:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14277194 | + | Email/Text: ebnjts@grblaw.com | Dec 13 2023 00:09:00 | Township of Shaler, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14246580 | + | Email/PDF: bncnotices@becket-lee.com | Dec 13 2023 00:16:50 | eCast Settlement Corp, PO Box 35480, Newark, NJ 07193-5480 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| intp | | Carmen J Polaritz |
| cr | | Duquesne Light Company |
| cr | | LSF8 MASTER PARTICIPATION TRUST, RAS Crane, 10700 Abbotts Bridge Road, Suite 170, UNITED STATES |
| cr | | LSF8 MASTER PARTICIPATION TRUST, et.al. |
| cr | | LSF9 MASTER PARTICIPATION TRUST |
| cr | | Select Portfolio Servicing, Inc., as servicer for |
| cr | | U.S. Bank Trust National Association |
| cr | | UMB Bank, National Association, not in its individ |
| 14258784 | *+ | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 14258788 | *+ | Keri P. Ebeck, Esq., Weltman, Weinberg & Reis Co. LPA, 436 7th Ave, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14258789 | *+ | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14258787 | *+ | eCast Settlement Corp, PO Box 35480, Newark, NJ 07193-5480 |
| 14324358 | ##+ | LSF8 Master Participation Trust, Caliber Home Loans, Inc., P.O. Box 24330, Oklahoma City, OK 73124-0330 |

TOTAL: 9 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2  User: auto  Page 3 of 3
Date Rcvd: Dec 12, 2023  Form ID: 3180W  Total Noticed: 26

Date: Dec 14, 2023  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley A. King | on behalf of Interested Party Carmen J Polaritz bking@kingguiddylaw.com |
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-C bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing Inc., et al. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor UMB Bank National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust XII bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST bnicholas@kmllawgroup.com |
| James P. Valecko | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jvalecko@weltman.com PitEcf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Shaler jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Allegheny County jhunt@grblaw.com |
| Michael C. Eisen | on behalf of Debtor Janet C. Flaherty attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |
| Sindi Mncina | on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST smncina@raslg.com |
| Thomas Song | on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST BY CALIBER HOME LOANS, INC pawb@fedphe.com |
| Thomas Song | on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST et.al. pawb@fedphe.com |

TOTAL: 16