IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JANET C. FLAHERTY

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:16-22227 JAD

Chapter 13

Related to ECF No. 210

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 12th day of December, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
12/12/23 2:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER  jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-22227-JAD
Janet C. Flaherty  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3
Date Rcvd: Dec 12, 2023 Form ID: pdf900 Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet C. Flaherty, 534 Seavey Road, Pittsburgh, PA 15209-1840 |
| sp | + | Anthony J. Erlain, Anthony J. Erlain, Esq. & Associates, LL, 2885 Wildwood Road Extension, Allison Park, PA 15101-2418 |
| sp | + | Barbara E. Holmes, Blaufeld Schiller & Holmes LLP, 800 Penn Avenue, Suite 700, Pittsburgh, PA 15222-3615 |
| sp | + | Blaufeld, Schiller & Holmes, LLP, 800 Penn Ave., Ste. 700, Pittsburgh, PA 15222-3615 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| cr | + | Township of Shaler, 300 Wetzel Road, Glenshaw, PA 15116-2281 |
| 14258785 | + | Credit Protection Association, PO Box 802068, Dallas, TX 75380-2068 |
| 14246581 | + | Keri P. Ebeck, Esq., Weltman, Weinberg & Reis Co. LPA, 436 7th Ave, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14258790 | + | PA Municipal Service, 336 Delaware Ave, Dept L, Oakmont, PA 15139-2138 |
| 15499012 | | Select Portfolio Servicing, Inc., et al., P.O. Bo x 65250, Salt Lake City, UT 84165 |
| 14258791 | + | Township of Shaler, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 13 2023 00:10:00 | LSF8 MASTER PARTICIPATION TRUST, BY CALIBER HOME L, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 13 2023 00:10:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 13 2023 00:10:00 | Select Portfolio Servicing, Inc., et al., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14258786 | | Email/Text: kburkley@bernsteinlaw.com | Dec 13 2023 00:10:00 | Duquesne Light, Customer Care Department, 411 Seventh Ave, MD 6-1, Pittsburgh, PA 15230 |
| 14246579 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 13 2023 00:10:00 | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 14277192 | + | Email/Text: ebnjts@grblaw.com | Dec 13 2023 00:09:00 | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14312681 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 13 2023 00:10:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 15377442 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 13 2023 00:10:00 | LSF8 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14246582 | + | Email/PDF: pa_dc_claims@navient.com | Dec 13 2023 00:15:52 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14270244 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 13 2023 00:09:00 | Navient Solutions, Inc. on behalf of, Educational |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: pdf900 | Total Noticed: 24 |

| Recip ID | | | | |
|---|---|---|---|---|
| | | Email/Text: ebnpeoples@grblaw.com | | Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14319174 | + | Email/Text: ebnpeoples@grblaw.com | Dec 13 2023 00:09:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14277194 | + | Email/Text: ebnjts@grblaw.com | Dec 13 2023 00:09:00 | Township of Shaler, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14246580 | + | Email/PDF: bncnotices@becket-lee.com | Dec 13 2023 00:31:22 | eCast Settlement Corp, PO Box 35480, Newark, NJ 07193-5480 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| intp | | Carmen J Polaritz |
| cr | | Duquesne Light Company |
| cr | | LSF8 MASTER PARTICIPATION TRUST, RAS Crane, 10700 Abbotts Bridge Road, Suite 170, UNITED STATES |
| cr | | LSF8 MASTER PARTICIPATION TRUST, et.al. |
| cr | | LSF9 MASTER PARTICIPATION TRUST |
| cr | | Select Portfolio Servicing, Inc., as servicer for |
| cr | | U.S. Bank Trust National Association |
| cr | | UMB Bank, National Association, not in its individ |
| 14258784 | *+ | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 14258788 | *+ | Keri P. Ebeck, Esq., Weltman, Weinberg & Reis Co. LPA, 436 7th Ave, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14258789 | *+ | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14258787 | *+ | eCast Settlement Corp, PO Box 35480, Newark, NJ 07193-5480 |
| 14324358 | ##+ | LSF8 Master Participation Trust, Caliber Home Loans, Inc., P.O. Box 24330, Oklahoma City, OK 73124-0330 |

TOTAL: 9 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 14, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley A. King | on behalf of Interested Party Carmen J Polaritz bking@kingguiddylaw.com |
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-C bnicholas@kmllawgroup.com |

Brian Nicholas
    on behalf of Creditor Select Portfolio Servicing Inc., et al. bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor UMB Bank National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust XII bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST bnicholas@kmllawgroup.com

James P. Valecko
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jvalecko@weltman.com PitEcf@weltman.com

Jeffrey R. Hunt
    on behalf of Creditor Township of Shaler jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Allegheny County jhunt@grblaw.com

Michael C. Eisen
    on behalf of Debtor Janet C. Flaherty attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Sindi Mncina
    on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST smncina@raslg.com

Thomas Song
    on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST BY CALIBER HOME LOANS, INC pawb@fedphe.com

Thomas Song
    on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST et.al. pawb@fedphe.com

TOTAL: 16