**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Janet C. Flaherty**
Debtor(s)

Bankruptcy Case No.: 16−22227−JAD

Chapter: 13

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: December 18, 2023

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22227-JAD |
| Janet C. Flaherty | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 18, 2023 | Form ID: 129 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Janet C. Flaherty, 534 Seavey Road, Pittsburgh, PA 15209-1840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley A. King | on behalf of Interested Party Carmen J Polaritz bking@kingguiddylaw.com |
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing Inc., et al. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor UMB Bank National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust XII bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-C bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 18, 2023 | Form ID: 129 | Total Noticed: 1 |

James P. Valecko
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jvalecko@weltman.com  PitEcf@weltman.com

Jeffrey R. Hunt
    on behalf of Creditor Township of Shaler jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Allegheny County jhunt@grblaw.com

Michael C. Eisen
    on behalf of Debtor Janet C. Flaherty attorneyeisen@yahoo.com  aarin96@hotmail.com

Michelle L. McGowan
    on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Sindi Mncina
    on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST smncina@raslg.com

Thomas Song
    on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST  BY CALIBER HOME LOANS, INC pawb@fedphe.com

Thomas Song
    on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST  et.al. pawb@fedphe.com

TOTAL: 17